*Original*

Greg Galaski
P. O. Box 2534 (Mailing)
Lancaster, CA 93539
Phone: (661) 341-0690
e-Mail: greg.galaski@justice.com
*Plaintiff, in propria personam*

FILED

2009 APR 13  AM 11: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GREG GALASKI,

                    *Plaintiff,*

        v.

GMAC Mortgage, LLC,
Homecomings Financial
Network, Inc., and DOES
1 through 50,

                    *Defendants.*

Case No. *CV09-2539  R  (JWJx)*

VERIFIED COMPLAINT FOR:

1. DECLARATORY RELIEF;
2. ENJOIN FORECLOSURE;
3. REAL ESTATE SETTLEMENT PROCEDURES ACT VIOLATIONS;
4. FAIR DEBT COLLECTION ACT VIOLATIONS;
5. FAIR CREDIT REPORTING ACT VIOLATIONS;
6. MONETARY DAMAGES;
7. PUNITIVE DAMAGES.

JURY TRIAL DEMANDED, F.R.Civ.P., Rule 38

1. This is a complaint for declaratory and injunctive relief including a complaint to enjoin the above named defendants, including their agents, employees attorneys and representatives, from their continued violations of the Real Estate

- 1 -

Settlement Procedures Act, hereinafter "RESPA", Fair Credit Reporting and Fair Debt Collection acts.

## JURISDICTION

2. This Court has jurisdiction in accordance with Title 12 U.S.C. § 2614, 15 U.S.C. §§ 1681p and 1692k, 28 U.S.C. §§ 2201, 2202, 3003(c)(7), and supplemental jurisdiction regarding state law claims pursuant to 28 U.S.C. § 1367.

## VENUE

3. Venue in this District is proper where defendants have transacted their business here within the State of California, and where their conduct as complained of has occurred here in this District in accordance to 28 U.S.C. § 1391.

## PARTIES TO COMPLAINT

4. Plaintiff, Greg Galaski, hereinafter "Plaintiff", is now, and at all times to this complaint the owner of real property commonly known as 2317 Edam Street, City of Lancaster, County of Los Angeles, California hereinafter referred to as the "subject property".

5. Defendant GMAC LLC Inc., hereinafter "GMAC", alleges to claim an enforceable interest in the subject property without complying with any law or any of Plaintiff's demands.

6. Defendant Homecomings Financial Network, Inc., hereinafter "Homecomings", alleges to claim an enforceable interest in the subject property without complying with any law or any of Plaintiff's demands. Also Plaintiff discovered that this defendant surrendered its' right to do business within the State of California as of November 17, 2006, and has no resident agent for service of process.

7. Defendants Doe 1 through Doe 10, and all persons acting in concert or participating with them, have not made known to plaintiff their true capacities

- 2 -

or basis for specific liability having refused to acknowledge and resolve Plaintiff's written RESPA qualified complaint or request, and is engaged in pattern of abusive, deceptive, and unfair debt collection practices, making false, deceptive, or misleading representation or means in connection with the collection of any debt, making false representation regarding the character, amount or legal status of any debt, making false representation that the nonpayment of any debt will result in the seizure and sale of real property, and threatening to take non-judicial action to dispose of or disable property having no present right or possession to the property.  However, each named defendant and fictitiously named defendant is in some manner liable to plaintiff, or claims some right, title, or interest in the subject property, or both.

## RESERVATION TO AMEND AND EXHIBITS

8. Plaintiff expressly reserves the right to amend and/or supplement this verified complaint in any respect.

9. All exhibits material to this complaint are true and correct copies.

## FACTS

10. On or about March 21, 2007, plaintiff entered into a loan mortgage agreement with defendants that defendants have expressly treated "*as though* federally related" thereby knowingly waiving any lien interest in the subject property.

11. By letters dated February 9, 2009, addressed and mailed to defendants; plaintiff sought modification of defendants' alleged loans - attached as Exhibit 1 and Exhibit 2.

12. Plaintiff received nothing from defendants disclosing an acceptable criteria for obtaining successful modification of the alleged loans.

- 3 -

13. By letters dated February 26, February 28, and March 27, 2009, DiscoverCard Financial informed plaintiff of defendants' derogatory credit reporting - attached as Exhibits, 3, 4 and 5.

14. By letters dated March 6, 2009, addressed and mailed to defendants; plaintiff issued his qualified written complaint or request in accordance to RESPA (Title 12 U.S.C. § 2605) to defendants to compel defendants to disclose the criteria for successfully applying for loan modification, reveal who or what bought the promissory note, disclose why plaintiff is not entitled to Emergency Mortgage relief according to Title 12 U.S.C. § 2706, and why defendants have not disclosed that plaintiff might be entitled to relief under the Emergency Mortgage Relief Act, Title 12 U.S.C. 2701 et seq. - attached as Exhibits 6 and 7.

15. Plaintiff received nothing from defendants to his same March 6, 2009 qualified written complaint in accordance with RESPA, and the Emergency Mortgage Relief Act.

16. As a matter of fact, this Court has jurisdiction because this complaint was brought within 3 years of defendants' violations of RESPA in accordance with Title 12 U.S.C. § 2614.

17. By letters dated March 16, 2009, addressed and mailed to defendants; plaintiff disputed defendants' derogatory credit reporting and their attempts to collect any debt because of defendants failure or refusal to acknowledge and resolve plaintiff's qualified written complaint or request under RESPA, failure or refusal to withdraw their derogatory credit reporting, failure or refusal to verify and produce the note, and their assurance that defendants have not attempted to apply for or receive mortgage payments made on plaintiff's behalf

- 4 -

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.

through the Emergency Mortgage Relief Act, Title 12 U.S.C. § 2706(a), attached as Exhibits 8 and 9.

18. Plaintiff received no response from defendants to his same March 16, 2009 dispute.

19. Plaintiff is informed and believes, based on defendants' failure or refusal to respond to plaintiff's letters and demands, that defendants have applied for or are receiving mortgage payments on behalf of plaintiff in accordance with the Emergency Mortgage Relief Act, Title 12 U.S.C. § 2701 et seq.

20. By letter dated March 17, 2009, addressed and mailed to defendant Homecomings; plaintiff further disputed defendant Homecomings' derogatory credit reporting and attempt to collect a debt where this defendant is engaged in a pattern of abusive, deceptive, and unfair debt collection practices having made false, deceptive, or misleading representation or means in connection with collection of the debt, made false representation regarding the character, amount or legal status of the debt, made false representation that nonpayment of the debt will result in seizure and sale of the subject property, employed unfair and unconscionable means to collect or attempt to collect a debt, and has threatened to take non-judicial action to dispose of or disable the subject property having no present right or possession to the property without the right to transact business in the State of California – attached as Exhibit 11.

21. On November 17, 2006, defendant Homecomings Financial Network, Inc. voluntarily surrendered its right to transact business in the State of California according to the California Secretary of State – attached Certificate of Status as Exhibit 11.

- 5 -

22. Plaintiff received no response from defendant Homecomings to his same March 17, 2009 dispute letter.

23. Given the above stated facts, defendants and each one of them have no standing to foreclose against this plaintiff.

24. Given the above stated facts, defendants and each one of them have deprived plaintiff of gainful employment and a livelihood to pay mortgage where a potential employer will request a copy of plaintiff's credit report, and will see defendants' derogatory credit reporting.

## CAUSES OF ACTION

25. By reference thereto, plaintiff incorporates paragraphs 1 through 24 hereinabove as though set forth in full in support of the following causes of action:

## COUNT I

26. Defendants and each one of them violated the Real Estate Settlement Procedures Act, Title 12 U.S.C. § 2605, by failing or refusing to produce the criteria for seeking successful loan modification, to reveal the identity of who owns the note, and to disclose whether defendants are receiving money from their claim under the Emergency Mortgage Relief Act, 12 U.S.C. § 2706(a).

## COUNT II

27. Defendants and each one of them violated the federal Fair Debt Collection Act, Title 15 U.S.C. § 1692 et seq.  Defendants' violations include, but are not limited to, the following:

27.1   by falsely representing the character, amount and legal status of the alleged debt it refused to substantiate, Title 15 U.S.C. § 1692e(2)(A);

- 6 -

27.2  by falsely representing that the nonpayment of the debt will result in the seizure and sale of real property on an instrument Defendants know to be unenforceable, Title 15 U.S.C. § 1692e(4);

27.3  by threatening to foreclose on Plaintiff's subject property on an instrument Defendants know to be unenforceable, Title 15 U.S.C. § 1692e(5);

27.4  by falsely communicating to consumer credit agencies that Plaintiff owed and is delinquent in paying an obligation that Defendants failed and refused to substantiate, Title 15 U.S.C. § 1692e(8);

27.5  by failing or refusing to communicate to consumer reporting agencies that the alleged debt they failed to substantiate was disputed by Plaintiff, Title 15 U.S.C. § 1692e(8);

27.6  by threatening to take non-judicial action to dispose of or disable the subject property having no present right or possession to the subject property, Title 15 U.S.C. § 1692f(6).

## COUNT III

28. Defendants and each one of them violated the federal Fair Credit Reporting Act, Title 15 U.S.C. § 1681 et seq.  Defendants' violations include, but are not limited to, the following:

28.1  by reporting information with actual knowledge of errors which defendants knew and consciously failed or refused to confirm, Title 15 U.S.C. § 1681s-2(a)(1)(A);

28.2  by failing or refusing to furnish or provide credit reporting agencies with correct and updated information that plaintiff disputed

- 7 -

defendants' claims, Title 15 U.S.C. § 1681s-2(a)(2)(A);

28.3  by failing or refusing to provide notice of dispute while defendants furnished derogatory information to credit reporting agencies, Title 15 U.S.C. § 1681s-2(a)(3).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for the following relief:

A.    Declaratory judgment that defendants conduct violated the Real Estate Settlement Procedures Act, the federal Fair Debt Collection Act, and the federal Fair Credit Reporting Act;

B.    Declaratory judgment that defendants lack standing and does not own any interest in the subject property;

C.    Declaratory judgment that plaintiff is the rightful owner of the subject property;

D.    Injunctive relief prohibiting defendants from making demands upon Plaintiff;

E.    Injunctive relief prohibiting defendants from attempting to take the subject property away from plaintiff;

F.    Injunctive relief requiring defendants to withdraw their derogatory reporting to all credit reporting agencies;

G.    Award of statutory damages in accordance to 15 U.S.C. § 1692k(2)(A);

H.    Award of statutory damages in accordance to 15 U.S.C. § 1681n(a)(1)(A);

I.    Costs and expenses of this lawsuit in accordance with 15 U.S.C. §§ 1681o(a)(2), and 1692k(a)(3);

- 8 -

J.      Punitive damages in the amount of $5 million dollars from each defendant for depriving plaintiff of his ability to pay mortgage, and sustain livelihood and his ability to seek gainful employment;

K.      For such other and further relief to stop these defendants from further damaging and depriving Plaintiff of life and property;

L.      A jury trial to expose defendants' blatant lawless conduct, and the damages that have resulted therefrom.

## **VERIFICATION**

I, Gregory Galaski, do hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief as I believe same to be true and correct.  Executed this 12th day of April, 2009.

_____
Greg Galaski,
*Plaintiff, in propria personam*

- 9 -

1

## INDEX TO EXHIBITS

2

DESCRIPTION                                                                      PAGE

3
February 9, 2009 letter to GMAC Mortgage-EXHIBIT 1 . . . . . . . . . . . 11

4
February 9, 2009 letter to Homecomings Financial-EXHIBIT 2 . . . . . . 14

5
February 26, 2009 derogatory credit reporting-EXHIBIT 3 . . . . . . . . . 17

6

7
February 26, 2009 derogatory credit reporting-EXHIBIT 4 . . . . . . . . . 20

8
March 27, 2009 derogatory credit reporting-EXHIBIT 5 . . . . . . . . . . . 22

9
March 6, 2009 RESPA letter to GMAC Mortgage-EXHIBIT 6 . . . . . . 24

10
March 6, 2009 RESPA letter to Homecomings

11
Financial-EXHIBIT 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

12
March 16, 2009 dispute letter to GMAC Mortgage-EXHIBIT 8 . . . . . 34

13
March 16, 2009 dispute letter to Homecomings

14

15
Financial-EXHIBIT 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38

16
March 17, 2009 dispute letter to Homecomings

17
Financial-EXHIBIT 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42

18
April 1, 2009 California Secretary of State, Certificate of

19
Status for Homecomings Financial EXHIBIT 11 . . . . . . . . . . . . . . . . .47

20

21

22

23

24

25

26

27

28

- 10 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.

Date: February 9, 2009

GMAC Mortgage
**Attn: Loss Mitigation Department**
P.O. Box 4622
Waterloo, IA  50704-4622

RE:  Greg Galaski
      Loan number: 0472868769

To Whom It May Concern:

I am writing this letter to explain the circumstances that have caused me to become
delinquent on my home loan.  I do not want to lose my home, and am will do everything
within my power to work with you to find a solution to this current situation.

The reason I first became delinquent on the payments is because I ran out of severance
payments being made to me by my former employer after I lost my job in mid November
2008.  I have tried to get caught up on my payments, but since I have fallen behind I have
not been able to pay the entire amount now due.

The trouble started approximately on November 11, 2008 when I was laid off due to
reduction in workforce; please see the attached November 13, 2008 letter.  I believe this
situation is temporary since I have found some temporary work, and am now in a better
position because I can send you the enclosed payment, but I would like to work out a plan
so that we can begin making payments again and stay in my home.

I am a responsible, hard working homeowner.  I do not want to lose my home.  I would
really appreciate it if you could help me work out a modification to the existing loan to lower
my monthly payment and to include some or all of the arrears.   I have already
implemented a new family budget and feel confident that I can afford a new, lower
payment now and in the future.

I would greatly appreciate any help you can give me.  This has been an extremely difficult
time for our family and I would like to get this resolved and move forward as soon as
possible.

Thank you for your consideration,



P.O. Box 2534, Lancaster, CA 93539-2534
Daytime phone: 661-341-0690

2015 West Chestnut Street
Alhambra, CA 91803
Office (626) 293-3400
Fax (626) 293-3424



November 13, 2008

Richard Vincent
Attorney At Law

Dear Mr. Vincent:

This is to confirm that Gregory Galaski was notified of a reduction in work force and effective November 11, 2008 his employment with Emcore Corporation terminated.

Please feel free to contact me if you have any questions.

Sincerely,

EMCORE CORPORATION

Maria Robinson
Sr. Manager, Human Resources

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 2

- 14 -

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.

Date: February 9, 2009

Homecomings Financial
**Attn:  Loss Mitigation Department**
P.O. Box 205
Waterloo, IA  50704-0205

RE:  Greg Galaski
      Loan number: 7306433434

To Whom It May Concern:

I am writing this letter to explain the circumstances that have caused me to become delinquent on my home loan.  I do not want to lose my home, and am will do everything within my power to work with you to find a solution to this current situation.

The reason I first became delinquent on the payments is because I ran out of severance payments being made to me by my former employer after I lost my job in mid November 2008.  I have tried to get caught up on my payments, but since I have fallen behind I have not been able to pay the entire amount now due.

The trouble started approximately on November 11, 2008 when I was laid off due to reduction in workforce; please see the attached November 13, 2008 letter.  I believe this situation is temporary since I have found some temporary work, but I would like to work out a plan so that we can begin making payments again and stay in my home.  It ought to be pointed out that I contacted Homecomings Financial sometime in late November of 2008, and was advised NOT to make the January 2009 payment.

I am a responsible, hard working homeowner.  I do not want to lose my home.  I would really appreciate it if you could help me work out a modification to the existing loan to lower my monthly payment and to include some or all of the arrears.   I have already implemented a new family budget and feel confident that I can afford a new, lower payment now and in the future.

I would greatly appreciate any help you can give me.  This has been an extremely difficult time for our family and I would like to get this resolved and move forward as soon as possible.

Thank you for your consideration,


P.O. Box 2534, Lancaster, CA 93539-2534
Daytime phone: 661-341-0690

2015 West Chestnut Street
Alhambra, CA 91803
Office (626) 293-3400
Fax (626) 293-3424



November 13, 2008

Richard Vincent
Attorney At Law

Dear Mr. Vincent:

This is to confirm that Gregory Galaski was notified of a reduction in work force and effective November 11, 2008 his employment with Emcore Corporation terminated.

Please feel free to contact me if you have any questions.

Sincerely,

EMCORE CORPORATION

Maria Robinson
Sr. Manager, Human Resources

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 3

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.



DISCOVER®
C A R D
PO Box 9600  Van Buren, AR 72956-9600

February·26, 2009

Greg Galaski
P.O. Box 2534
Lancaster, CA 93539-2534
IlI.l...ll.l.l..ll.l.l...l.l.l.l..ll.l..l..ll.l.lll..l

*Dear Greg Galaski,*

As part of your Identity Theft Protection Membership, we have been monitoring your credit reports at Experian®, Equifax®, and TransUnion® every day. The following Credit Alert(s) is being sent to you because we have detected a change to one or more of your three credit reports. Please review the information below for accuracy and also to make sure that the change below is something you initiated. Unauthorized activity can be a possible sign of identity theft.

### Potentially Negative Accounts

An item is "potentially negative" when a creditor reports that you have not met the terms of your agreement with them, which may include late payments, accounts that have been charged off, accounts sent to collection, bankruptcies, liens, judgments, etc.

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Business Name: | HOME COMING FUNDING NETWORK | | |
| Status Detail: | 30 DAYS PAST DUE | | |
| Status Date: | Jan 2009 | | |
| Balance Amount: | $35,667 | | |
| Balance Date: | | | |
| Business Name: | GMAC MORTGAGE | | |
| Status Detail: | 30 DAYS PAST DUE | | |
| Status Date: | Jan 2009 | | |
| Balance Amount: | $286,706 | | |
| Balance Date: | | | |
| Business Name: | | HOMECOMING FINANCIAL NETWO | |
| Status Detail: | | Not more than two payments past due (2) | |
| Status Date: | | Jan 2009 | |
| Balance Amount: | | $35,667 | |
| Balance Date: | | Jan 2009 | |

– *18* –

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Business Name: | | GMAC MORTGAGE | |
| Status Detail: | | Not more than two payments past due (2) | |
| Status Date: | | Jan 2009 | |
| Balance Amount: | | $286,706 | |
| Balance Date: | | Jan 2009 | |

If you have any questions, please call us at 1-800-347-3089. We are here 24 hours a day, 7 days a week.

Sincerely,
Identity Theft Protection Member Services

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 4

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.



February 28, 2009

Greg Galaski
P.O. Box 2534
Lancaster, CA 93539-2534

Dear Greg Galaski,

As part of your Identity Theft Protection Membership, we have been monitoring your credit reports at Experian®, Equifax®, and TransUnion® every day. The following Credit Alert(s) is being sent to you because we have detected a change to one or more of your three credit reports. Please review the information below for accuracy and also to make sure that the change below is something you initiated. Unauthorized activity can be a possible sign of identity theft.

## Potentially Negative Accounts

An item is "potentially negative" when a creditor reports that you have not met the terms of your agreement with them, which may include late payments, accounts that have been charged off, accounts sent to collection, bankruptcies, liens, judgments, etc.

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Business Name: |  |  | HOMECOMING FINANCIAL NET |
| Status Detail: |  |  | 30 days past due |
| Status Date: |  |  |  |
| Balance Amount: |  |  |  |
| Balance Date: |  |  |  |
| Business Name: |  |  | GMAC MORTGAGE |
| Status Detail: |  |  | 30 days past due |
| Status Date: |  |  |  |
| Balance Amount: |  |  |  |
| Balance Date: |  |  |  |

If you have any questions, please call us at 1-800-347-3089. We are here 24 hours a day, 7 days a week.

Sincerely,
Identity Theft Protection Member Services

- 21 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 5



March 27, 2009

Greg Galaski
P.O. Box 2534
Lancaster, CA 93539-2534

Dear Greg Galaski,

As part of your Identity Theft Protection Membership, we have been monitoring your credit reports at Experian®, Equifax®, and TransUnion® every day. The following Credit Alert(s) is being sent to you because we have detected a change to one or more of your three credit reports. Please review the information below for accuracy and also to make sure that the change below is something you initiated. Unauthorized activity can be a possible sign of identity theft.

### Potentially Negative Accounts

An item is "potentially negative" when a creditor reports that you have not met the terms of your agreement with them, which may include late payments, accounts that have been charged off, accounts sent to collection, bankruptcies, liens, judgments, etc.

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Business Name: | HOME COMING FUNDING NETWORK | | |
| Status Detail: | 60 DAYS PAST DUE | | |
| Status Date: | Feb 2009 | | |
| Balance Amount: | $35,913 | | |
| Balance Date: | | | |

If you have any questions, please call us at 1-800-347-3089. We are here 24 hours a day, 7 days a week.

Sincerely,
Identity Theft Protection Member Services

782-P360403326-001205-020899

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 6

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.

March 6, 2009     Certified Mail # 7004 2890 0004 3781 4939
(Return receipt requested.)

Greg Galaski
P.O. Box 2534
Lancaster, CA 93539

GMAC Mortgage
Attention Customer Service
P.O. Box 1330
Waterloo, IA 50704-1330
Subject: 0472868769

This is a qualified written complaint or request under the Real
Estate Settlement Procedures Act (RESPA).

The loan is being treated as though federally related.

I am writing because:

1.  No criteria are being disclosed to successfully apply for
    loan modification.

2.  The identity of the person, persons, or organization the
    federally related loan has been assigned, sold or
    transferred has not been disclosed.

3.  No disclosure has been made why I am not entitled to
    emergency mortgage relief.

4.  No disclosure as to why I have not been informed that
    emergency mortgage relief is being made available to me.

   Sometime in late November 2008 I contacted GMAC customer
service, was put on hold for quite some time, then given another
phone number to call.

   I called the phone number provided by the GMAC customer
service representative, and was connected to Homecoming
Financial customer service, and at that time I informed the
Homecoming Financial representative that I was laid off and
looking for another job.

   The Homecoming Financial customer service representative
informed me that there was nothing that could be done since

1

December's mortgage had already been paid.  I was further informed to call back after January 21st, 2009 if my circumstance had not improved.

Sometime after January 21st, 2009 I again placed a call with Homecoming Financial customer service, and informed the representative that my circumstances had not changed.  All that was done at that time was to make a notation to the account record.

Also, taking into consideration the foregoing noted irregularities with current circumstances; I am seeking reduction in principle because the property is now worth much less than the loan amount.

Further, negative credit reporting is not allowed by law pending resolution of this complaint or request or during loan modification negotiations.

I understand that under Section 6 (12 USC 2605) of RESPA you are required to acknowledge my request within 20 business days and must try to resolve the issue within 60 business days.

Sincerely,

Greg Galeski

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WATERLOO IA 50704

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0534 |
| Certified Fee | | $2.70 | 09 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 03/07/2009 |

7004 2890 0004 3781 4939

Sent To  GMAc Mortgage, Attn: Customer Service
Street, Apt. No.; or PO Box No.  PO Box 1330
City, State, ZIP+4  Waterloo IA 50704-1330

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GMAc Mortgage
PO Box 1330
Waterloo, IA
                    50704-
Attn: Customer Service  1330

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  ROB SMEDLE...          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                    MAR 1 0 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7004 2890 0004 3781 4939

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WATERLOO IA 50704

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.42 | 0534 |
| Certified Fee | $2.70 | 09 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.32 | 03/07/2009 |

Sent To
GMAc Mortgage, Attn: Customer Service

Street, Apt. No.; or PO Box No.
PO Box 1330

City, State, ZIP+4
Waterloo IA 50704-1330

7004 2890 0004 3781 4439

PS Form 3800, June 2002    See Reverse for Instructions

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Greg Galeski
PO Box 2534
Lancaster, CA
93539

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 7

- 29 -

March 6, 2009    Certified Mail # 7004 2890 0004 3781 4946
(Return receipt requested.)

Greg Galaski
P.O. Box 2534
Lancaster, CA 93539

Homecomings Financial
Attention Customer Service
P.O. Box 205
Waterloo, IA 50704-0205
Subject: 7306433434

This is a qualified written complaint or request under the Real
Estate Settlement Procedures Act (RESPA).

The loan is being treated as though federally related.

I am writing because:

1.  No criteria are being disclosed to successfully apply for
    loan modification.

2.  The identity of the person, persons, or organization the
    federally related loan has been assigned, sold or
    transferred has not been disclosed.

3.  No disclosure has been made why I am not entitled to
    emergency mortgage relief.

4.  No disclosure as to why I have not been informed that
    emergency mortgage relief is being made available to me.

Sometime in late November 2008 I contacted GMAC customer
service, was put on hold for quite some time, then given another
phone number to call.

I called the phone number provided by the GMAC customer
service representative, and was connected to Homecoming
Financial customer service, and at that time I informed the
Homecoming Financial representative that I was laid off and
looking for another job.

The Homecoming Financial customer service representative
informed me that there was nothing that could be done since

1

−30−

December's mortgage had already been paid.  I was further informed to call back after January 21st, 2009 if my circumstance had not improved.

Sometime after January 21st, 2009 I again placed a call with Homecoming Financial customer service, and informed the representative that my circumstances had not changed.  All that was done at that time was to make a notation to the account record.

Also, taking into consideration the foregoing noted irregularities with current circumstances; I am able and willing to immediately buyout the loan for $3,000.

Further, negative credit reporting is not allowed by law pending resolution of this complaint or request or during loan modification negotiations.

I understand that under Section 6 (12 USC 2605) of RESPA you are required to acknowledge my request within 20 business days and must try to resolve the issue within 60 business days.

Sincerely,

Greg Galaski

**U.S. Postal Service™**
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WATERLOO, IA 50704

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0534 |
| Certified Fee | | $2.70 | 09 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 03/07/2009 |

Sent To
*Homecomings Financial, Attn: Customer Svcs*
Street, Apt. No.;
or PO Box No. *PO Box 205*
City, State, ZIP+4
*Waterloo, IA 50704-0205*

7004 2890 0004 3781 4946

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *Homecomings Financial*
   *PO Box 205*
   *Waterloo, IA 50704-0205*
   *Attn: Customer Service*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X,  *ROB SMEDLEY*            ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)      7004 2890 0004 3781 4946

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-15

-32-

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WATERLOO IA 50704

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0534 |
| Certified Fee | | $2.70 | 09 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 03/07/2009 |

Sent To
*HomeComing Financial, Attn: Customer Svcs*
Street, Apt. No.;
or PO Box No. *PO Box 205*
City, State, ZIP+4
*Waterloo, IA 50704-0205*

7004 2890 0004 3781 4446

PS Form 3800, June 2002                    See Reverse for Instructions

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Greg Galash*
*PO Box 2534*
*Lancaster, CA*
*93539*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 8

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.

March 16, 2009   Certified Mail # 7005 0390 0002 2990 5241
(Return receipt requested.)

Greg Galaski
P.O. Box 2534
Lancaster, CA 93539

GMAC Mortgage
Attention Customer Service
P.O. Box 1330
Waterloo, IA 50704-1330
Subject: 0472868769

This letter is to inform you that I am disputing the above
referenced account both under the federal fair credit reporting
and federal fair debt collection acts, Title 15 United States Code
§§ 1681 and 1692.

GMAC Mortgage also includes employees, agents, or anyone else
acting for or on behalf of GMAC Mortgage in any capacity.

The grounds for this dispute are:

1.  No one intends to acknowledge and resolve my March 6,
    2009 qualified written complaint or request under RESPA.

2.  GMAC Mortgage has refused to withdraw its reporting
    derogatory credit to TransUnion while refusing to
    acknowledge and resolve my same March 6, 2009 qualified
    written complaint or request under RESPA.

3.  GMAC Mortgage intends to violate RESPA having either
    failed or refused to withdraw its derogatory credit
    reporting and acknowledge and resolve my March 6, 2009
    qualified written complaint or request under RESPA.

In addition to my March 6, 2009 qualified written complaint or
request under RESPA; I also demand, within 15 days from the
date of this letter, the following:

4.  GMAC Mortgage's written confirmation of terms and
    conditions of agreement and adequate assurance of due
    performance in accordance with Uniform Commercial Code
    § 2-609.

— 35 —                                                          1

5. GMAC Mortgage's written verification including disclosure of all documents hereby specifically demanded by Title 15 United States Code § 1692g.

6. Disclosure of all documents that GMAC Mortgage has not attempted to illegally collect a debt while applying for or receiving mortgage payments guaranteed by the Emergency Mortgage Relief act, particularly, Title 12 United States Code § 2706(a).

7. GMAC Mortgage's written confirmation that it has withdrawn its derogatory credit reporting made to TransUnion, and any other credit-reporting agency.

Further, in accordance with Uniform Commercial Code § 2-609(1) and not limited thereto, PLEASE TAKE NOTICE, that I hereby suspend performance until adequate assurance is satisfied in the manner demanded by this letter.

Sincerely,

Greg Galaski

2

U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | 5.32 |

Postmark Here

03/16/2009

Sent To
GMAC Mortgage, attn. Customer Service
Street, Apt. No.; or PO Box No.
PO Box 1330
City, State, ZIP+4
Waterloo, IA 50704-1330

PS Form 3800, June 2002          See Reverse for Instructions

7005 0390 0000 2290 5241

---

```
        USPS Antelope Station
        LANCASTER, California
             935345201
          0581020534 -0093
03/16/2009   (800)275-8777   11:25:31 AM

                Sales Receipt
Product          Sale  Unit     Final
Description       Qty  Price    Price

WATERLOO IA 50704                $4.95
Zone-7 Priority Mail
 0.70 oz.
 Return Rcpt (Green Card)        Void
 Certified                       Void
 Label #:    70050390000229905241
                             ========
 Issue PVI:                      $9.85

 Refund PVI                     -$9.85
WATERLOO IA 50704                $0.42
Zone-7 First-Class
Letter
 0.70 oz.
 Return Rcpt (Green Card)        $2.20
 Certified                       $2.70
 Label #:    70050390000229905241
                             ========
 Issue PVI:                      $5.32

WATERLOO IA 50704                $0.42
Zone-7 First-Class
Letter
 0.70 oz.
 Return Rcpt (Green Card)        $2.20
 Certified                       $2.70
 Label #:    70050390000229905258
                             ========
 Issue PVI:                      $5.32
```

-37-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 9

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.

March 16, 2009   Certified Mail # 7005 0390 0002 2990 5258
(Return receipt requested.)

Greg Galaski
P.O. Box 2534
Lancaster, CA 93539

Homecomings Financial
Attention Customer Service
P.O. Box 205
Waterloo, IA 50704-0205
Subject: 7306433434

This letter is to inform you that I am disputing the above referenced account both under the federal fair credit reporting and federal fair debt collection acts, Title 15 United States Code §§ 1681 and 1692.

Homecomings Financial also includes employees, agents, or anyone else acting for or on behalf of Homecomings Financial in any capacity.

The grounds for this dispute are:

1.  No one intends to acknowledge and resolve my March 6, 2009 qualified written complaint or request under RESPA.

2.  Homecomings Financial has refused to withdraw its reporting derogatory credit to TransUnion while refusing to acknowledge and resolve my same March 6, 2009 qualified written complaint or request under RESPA.

3.  Homecomings Financial intends to violate RESPA having either failed or refused to withdraw its derogatory credit reporting and acknowledge and resolve my March 6, 2009 qualified written complaint or request under RESPA.

In addition to my March 6, 2009 qualified written complaint or request under RESPA; I also demand, within 15 days from the date of this letter the following:

4.  Homecomings Financial's written confirmation of terms and conditions of agreement and adequate assurance of due performance in accordance with Uniform Commercial Code § 2-609.

1

5. Homecomings Financial's written verification including disclosure of all documents hereby demanded in accordance with Title 15 United States Code § 1692g.

6. Disclosure of all documents that Homecomings Financial has not attempted to illegally collect a debt while applying for or receiving mortgage payments guaranteed by the Emergency Mortgage Relief act, particularly, Title 12 United States Code § 2706(a).

7. Homecomings Financial's written confirmation that it has withdrawn its derogatory credit reporting made to TransUnion, and any other credit-reporting agency.

Further, in accordance with Uniform Commercial Code § 2-609(1) and not limited thereto, PLEASE TAKE NOTICE, that I hereby suspend performance until adequate assurance is satisfied in the manner demanded by this letter.

Sincerely,

Greg Galaski

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Postmark Here

MAR 16 2009

Sent To
*Homecomings Financial, atta: Customer Service*
Street, Apt. No.; or PO Box No.
*PO Box 205*
City, State, ZIP+4
*Waterloo, AE 50704-0205*

PS Form 3800, June 2002        See Reverse for Instructions

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 10

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.

March 17, 2009   Certified Mail # 7008 3230 0000 5095 4064
(Return receipt requested.)

Greg Galaski
P.O. Box 2534
Lancaster, CA 93539

Homecomings Financial Network, Inc.
Attention Customer Service
P.O. Box 205
Waterloo, IA 50704-0205
Subject: 7306433434

I hereby dispute the above referenced account both under the federal fair credit reporting and federal fair debt collection acts, Title 15 United States Code §§ 1681 and 1692.  You have 10 days from the date of this letter to resolve this dispute.

Homecomings Financial Network, Inc. is referred herein also as "Homecomings Financial", and includes employees, agents, or anyone else acting for or on behalf of Homecomings Financial in any capacity.

Material fact supporting this dispute:

As a matter of fact, since November 6, 1995, Homecomings Financial Network, Inc. has voluntarily surrendered its right to transact business in the State of California according the attached March 13, 2009 record and definition stated by the California Secretary of State.

Grounds for this dispute:

1. Homecomings Financial is engaged in a pattern of abusive, deceptive, and unfair debt collection practices, 15 USC 1692, because it has voluntarily surrendered its right to transact business in the State of California according the attached March 13, 2009 record and definition stated by the California Secretary of State.

2. Homecomings Financial has made false, deceptive, or misleading representation or means in connection with the collection of any debt, 15 USC 1692e, because it has voluntarily surrendered its right to transact business in the State of California according the attached March 13, 2009

1

— 43 —

record and definition stated by the California Secretary of State.

3. Homecomings Financial has made the false representation regarding the character, amount or legal status of any debt, 15 USC 1692e(2)(A), because it has voluntarily surrendered its right to transact business in the State of California according the attached March 13, 2009 record and definition stated by the California Secretary of State.

4. Homecomings Financial has made the false representation that the nonpayment of any debt will result in the seizure and sale of real property, 15 USC 1692e(4), because it has voluntarily surrendered its right to transact business in the State of California according the attached March 13, 2009 record and definition stated by the California Secretary of State.

5. Homecomings Financial has made the false representation or deceptive means to collect or attempt to collect a debt or to obtain information concerning myself, 15 USC 1692e(11), because it has voluntarily surrendered its right to transact business in the State of California according the attached March 13, 2009 record and definition stated by the California Secretary of State.

6. Homecomings Financial has employed to unfair and unconscionable means to collect or attempt to collect a debt without a contract, 15 USC 1692f(1), because it has voluntarily surrendered its right to transact business in the State of California according the attached March 13, 2009 record and definition stated by the California Secretary of State.

7. Homecomings Financial has threatened to take non-judicial action to dispose of or disable property having no present right or possession to the property, 15 USC 1692f(6), because it has voluntarily surrendered its right to transact business in the State of California according the attached March 13, 2009 record and definition stated by the California Secretary of State.

Also, I hereby demand by this letter that Homecomings Financial's written confirmation that it has withdrawn its

2

# California Business Portal

### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAR 13, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

## Corporation

HOMECOMINGS FINANCIAL NETWORK, INC.

**Number:** C1952579      **Date Filed:** 11/6/1995      **Status:** surrender

**Jurisdiction:** DELAWARE

## Address

8400 NORMANDALE LAKE BOULEVARD

SUITE 250

MINNEAPOLIS, MN 55423

## Agent for Service of Process

C T CORPORATION SYSTEM

818 WEST SEVENTH ST

LOS ANGELES, CA 90017

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.59 | 0534 |
| Certified Fee | $2.70 | 16 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.49 | 03/17/2009 |

Sent To  Homecomings Financial, Attn: Customer service
Street, Apt. No.; or PO Box No.  P O Box 205
City, State, ZIP+4  Waterloo, AI 50704-0205

PS Form 3800, August 2006        See Reverse for Instructions

7008 3230 0000 5095 4064

```
         USPS Antelope Station
          LANCASTER, California
               935345201
           0581020534 -0094
03/17/2009    (800)275-8777    11:10:13 AM

               Sales Receipt
Product          Sale  Unit        Final
Description       Qty  Price        Price

WATERLOO IA 50704                   $0.59
Zone-7 First-Class
Letter
1.20 oz.
Return Rcpt (Green Card)            $2.20
Certified                           $2.70
Label #:    70083230000050954064
                                 ========
Issue PVI:                          $5.49

Total:                              $5.49

Paid by:
Cash                                $6.00
Change Due:                        -$0.51

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000603434159
Clerk: 16

   All sales final on stamps and postage
   Refunds for guaranteed services only
   Thank you for your business
```

— 46 —

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 11

COMPLAINT, GALASKI v. GMAC Mortgage, LLC et al.

# State of California
## Secretary of State

CERTIFICATE OF STATUS

ENTITY NAME:

HOMECOMINGS FINANCIAL NETWORK, INC.

FILE NUMBER:         C1952579
REGISTRATION DATE:   11/06/1995
TYPE:                FOREIGN CORPORATION
JURISDICTION:        DELAWARE
STATUS:              SURRENDERED

I, DEBRA BOWEN, Secretary of State of the State of California,
hereby certify:

The records of this office indicate the entity filed a Certificate of
Surrender on November 17, 2006, and the entity is no longer authorized
to transact intrastate business in California.



IN WITNESS WHEREOF, I execute this certificate
and affix the Great Seal of the State of
California this day of April 01, 2009.

**DEBRA BOWEN**
**Secretary of State**

-48-

*FOR OFFICE USE ONLY*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| GREG GALASKI, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV09-2539 R (JwJ_x) |
| v. | |
| GMAC Mortgage, LLC, Homecomings Financial Network, Inc., and DOES 1 through 10, | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Greg Galaski_____, whose address is _P.O. Box 2534, Lancaster, California 93539-2534_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 4/14/09

By: _____
       Deputy Clerk

**SEAL**

*(Seal of the Court)*

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☒) | DEFENDANTS |
|---|---|
| GREG GALASKI | GMAC Mortgage, LLC, Homecomings Financial Network, Inc., and DOES1 through 50 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Gregory Galaski, P.O. Box 2534, Lancaster, CA 93539-2534, Phone 661-902-0896 | Unknown |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ According to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
12 U.S.C. § 2614,15 U.S.C. §§ 1681p and 1692k, 28 U.S.C. §§ 2201, 2202, 3003(c)(7), RESPA, tFDCA, tFCRA, Dec & Inj Relief, damages to employment, threatened foreclosure

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☒ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☒ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: CV09-2539 R (JWSx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Black Hawk County, IA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| L A County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date 4/12/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08) CIVIL COVER SHEET Page 2 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Jeffrey W. Johnson.

The case number on all documents filed with the Court should read as follows:

## CV09- 2539 R (JWJx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY