Eric M. Schiffer (SBN 179695)
Cathy L. Granger (SBN 156453)
clgranger@wolfewyman.com
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone:  (949) 475-9200
Facsimile:   (949) 475-9203

Attorneys for Defendants
GMAC MORTGAGE, LLC, HOMECOMINGS
FINANCIAL, LLC, and ETS SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG GALASKI, and C.S. GALASKI,<br><br>        Plaintiffs,<br><br>    v.<br><br>GMAC MORTGAGE, LLC, HOMECOMINGS FINANCIAL NETWORK, INC., LSI TITLE COMPANY, ETS SERVICES, LLC and DOES 1 through 10,<br><br>        Defendants. | Case No. 09-2539-JFW (JWJx)<br><br>**NOTICE OF WITHDRAWAL OF CONTINGENT JOINDER IN MOTIONS TO DISMISS AND TO STRIKE PORTIONS OF AMENDED COMPLAINT, SCHEDULED FOR HEARING ON 08/17/09, DUE TO ERROR IN SERVICE**<br><br>Date:    August 17, 2009<br>Time:    1:30 p.m.<br>Place:   D "J"<br><br>Trial Date: None |

**TO THE COURT, TO THE PLAINTIFFS IN PRO PER, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the Contingent Joinders of Homecomings Financial, LLC in the Motions to Dismiss and to Strike Portions of the Complaint filed on July 15, 2009 are hereby withdrawn.  Homecomings Financial LLC apologizes to the Court and all parties for the clerical service-related error that

1  necessitates this filing.  Concurrently with filing this Notice, moving party will re-
2  file and serve its joinder in the re-calendared Motions.

DATED:  August 4, 2009            Respectfully submitted,

WOLFE & WYMAN LLP


By: /s/ Cathy L. Granger
    ERIC M. SCHIFFER
    CATHY L. GRANGER
    Attorneys for **Defendants**
    **GMAC MORTGAGE, LLC.,**
    **HOMECOMINGS FINANCIAL,**
    **LLC, and ETS SERVICES, LLC**

H:\Matters\GMAC-Dallas (1431)\055 (Galaski)\Pleadings\Notice of Withdrawal of Contingent Joinder.doc

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**  )
                          )  ss.
**COUNTY OF ORANGE**      )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614-5979.

On August 4, 2009, I served the document(s) described as NOTICE OF WITHDRAWAL OF CONTINGENT JOINDER IN MOTIONS TO DISMISS AND TO STRIKE PORTIONS OF AMENDED COMPLAINT, SCHEDULED FOR HEARING ON 08/17/09 DUE TO ERROR IN SERVICE on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:

  ☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☒ **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the Greg Galaski, et al. v. GMAC Mortgage, LLC, et al. website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **FEDERAL**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on August 4, 2009, at Irvine, California.

_/s/ Kathy Hagmaier_
Kathy Hagmaier

H:\Matters\GMAC-Dallas (1431)\055 (Galaski)\POS.doc

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

**SERVICE LIST**
USDC, Central – No. CV 09-2539-JFW (JWJx)
Galaski, et al. v. GMAC, et al.
W&W File No. 1431-055
[Revised:7/7/09]

| | |
|---|---|
| Greg Galaski | Plaintiffs *In Pro Per* |
| C.S. Galaski | |
| P.O. Box 2534 | |
| Lancaster, CA 93539 | |
| Tel: (661) 341-0690 | |
| E-Mail: greg.galaski@justice.com | |

H:\Matters\GMAC-Dallas (1431)\055 (Galaski)\POS.doc